Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG<br><br>　　　　　Defendants. | Case No. 2:24-cv-09972<br><br>**MOTION FOR LEAVE FOR PLAINTIFF TO APPEAR ANONYMOUSLY** |

　　　　PLEASE TAKE NOTICE that Plaintiff, by and through his undersigned counsel, Daniel Szalkiewicz & Associates, P.C., shall move, on upon the accompanying Memorandum of Law, the Certification of John Doe dated October 18, 2024, and the exhibits annexed thereto, Plaintiff John Doe will move the Court, on November 18, 2024 for an Order granting Plaintiff permission to proceed under a pseudonym and directing all parties to refer to Plaintiff as John Doe in all filings.

Dated:　New York, New York
　　　　October 21, 2024

　　　　　　　　　　　　　　　　　　　　Daniel Szalkiewicz & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　By:　*/s/ Daniel S. Szalkiewicz*
　　　　　　　　　　　　　　　　　　　　Daniel S. Szalkiewicz, Esq.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff John Doe*
　　　　　　　　　　　　　　　　　　　　23 West 73rd Street, Suite 102
　　　　　　　　　　　　　　　　　　　　New York, NY 10023
　　　　　　　　　　　　　　　　　　　　Tel: (212) 706-1007
　　　　　　　　　　　　　　　　　　　　daniel@lawdss.com