Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> v. <br><br> JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG <br><br> Defendants. | Case No. 24-cv-09972 <br><br> **[PROPOSED] ORDER** |

This matter having come before the Court on the motion of Plaintiff John Doe, by his counsel, Daniel Szalkiewicz & Associates, P.C., for Leave to Proceed under Pseudonym and the Court having considered the submissions of the parties and the arguments of counsel, and for good cause shown,

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Plaintiff John Doe's Motion for Leave to Proceed under Pseudonym is **GRANTED**; and it is further

**ORDERED** that any reference to Plaintiff within the docket will be made accordingly to John Doe; and it is further

**ORDERED** that any documents containing references to John Doe's actual name are to be redacted accordingly, with unredacted versions filed under seal if necessary pursuant to Local Civil Rule 5.3.

_____
**United States Magistrate Judge**