Civil Action No.   **24-9972**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **JIA LUN SHAO a/k/a ANDY SHAO**
was recieved by me on  **10/22/2024:**

- [X] I personally served the summons on the individual at **1100 Avenue at Port Imperial, Apt. 403, Weehawken, NJ 07086** on **10/23/2024 at 6:51 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 170.00** for services, for a total of **$ 170.00**.

I declare under penalty of perjury that this information is true.

Date:  10/24/2024

*Server's signature*  S B

**Babalola Shaba**
*Printed name and title*

148 Outcalt Street
Floor1
Hightstown, NJ 08520

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; AFFIDAVIT,  to JIA LUN SHAO a/k/a ANDY SHAO with identity confirmed by subject nodding when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 25-35 years of age, 5'10"-6'0" tall and weighing 120-140 lbs.**



Tracking #: **0146842056**
