AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:24-CV-09972-BRM-CLW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **JINGYUN WANG a/k/a VIVIAN WANG**
was recieved by me on  **10/22/2024:**

[X]   I personally served the summons on the individual at **1100 Avenue at Port Imperial, Unit 403, Weehawken, NJ 07086** on **10/23/2024 at 6:53 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 170.00** for services, for a total of **$ 170.00**.

I declare under penalty of perjury that this information is true.

Date:  10/24/2024

*Server's signature*  S B

**Babalola Shaba**
*Printed name and title*

**148 Outcalt Street
Floor1
Hightstown, NJ 08520**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL CASE; COMPLAINT; AFFIDAVIT, to JINGYUN WANG a/k/a VIVIAN WANG with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Asian female contact 25-35 years of age, 5'10"-6'0" tall and weighing 120-140 lbs.**



Tracking #: **0146842062**

