Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff John Doe*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JOHN DOE,<br><br>              Plaintiff,<br><br>     v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG<br><br>              Defendants. | Case No. 2:24-cv-09972 |

**CERTIFICATE OF SERVICE FOR MOTION FOR LEAVE FOR PLAINTIFF TO APPEAR ANONYMOUSLY**

I hereby certify that on October 22, 2024, I served the **MOTION FOR LEAVE FOR PLAINTIFF TO APPEAR ANONYMOUSLY** and supporting documents on defendants by United States Mail, First Class Mail to the following addresses:

JIA LUN SHAO a/k/a ANDY SHAO, 1100 Avenue at Port Imperial, Apt. 403, Weehawken, NJ 07086
JINGYUN WANG a/k/a VIVIAN WANG, 1100 Avenue at Port Imperial, Unit 403, Weehawken, NJ 07086

I certify under penalty of perjury that the foregoing is true and correct.

Dated: October 24, 2024
        New York, New York

                                    /s/Daniel Szalkiewicz
                            By:    Daniel S. Szalkiewicz, Esq. (DS2323)