**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Terry D. Johnson (026612004)
terry.johnson@morganlewis.com
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant Jingyun Wang A/K/A Vivian Wang*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>　　　　　　　Defendants. | Civil Action No.: 2:24-cv-09972<br><br>**NOTICE OF APPEARANCE OF TERRY D. JOHNSON**<br><br>*Document Electronically Filed* |

Kindly enter the appearance of Terry D. Johnson, Esq., of Morgan, Lewis & Bockius LLP, as counsel for *Defendant Jingyun Wang A/K/A Vivian Wang* in the above-captioned matter.

Dated: November 12, 2024　　　　**MORGAN, LEWIS & BOCKIUS LLP**

　　　　　　　　　　　　　　　　*/s/ Terry D. Johnson*
　　　　　　　　　　　　　　　　Terry D. Johnson
　　　　　　　　　　　　　　　　terry.johnson@morganlewis.com
　　　　　　　　　　　　　　　　Phone: (609) 919-6657
　　　　　　　　　　　　　　　　Fax: (609) 919-6701
　　　　　　　　　　　　　　　　*Attorneys for Jingyun Wang A/K/A Vivian Wang*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, the foregoing Notice of Appearance of Terry D. Johnson, Esq., was electronically filed via the Court's ECF filing system and was served upon all parties accordingly.

Daniel S. Szalkiewicz, Esq.<br>
Cali P. Madia, Esq.<br>
23 West 73rd Street, Suite 102<br>
New York, New York 10023<br>
Telephone: (212) 706-1007<br>
Facsimile: (646) 849-0033<br>
daniel@lawdss.com<br>
*Attorneys for Plaintiff*

Dated: November 12, 2024　　　　　　　　*/s/ Terry D. Johnson*
　　　　　　　　　　　　　　　　　　　　Terry D. Johnson