**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Terry D. Johnson (026612004)
terry.johnson@morganlewis.com
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant Jingyun Wang A/K/A Vivian Wang*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>         v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>                    Defendants. | Civil Action No.: 2:24-cv-09972<br><br>**STIPULATION ADJOURNING PENDING MOTION RETURN DATE BY TWO MOTION CYCLES**<br><br>Motion Day: November 18, 2024<br><br>*Document Electronically Filed* |

**IT IS HEREBY STIPULATED AND AGREED** by and between the below named attorneys as follows:

1.      Plaintiff John Doe filed a Motion for a Protective Order on October 21, 2024.  *See* Dkt. 2.

2.      The motion return date is currently set for November 18, 2024.  *See* Dkt. 4.

3.      The Parties now respectfully request an adjournment of two motion cycles of the pending motion from November 18, 2024 to December 16, 2024.

**This request is made jointly, with Plaintiff's consent**.

**DANIEL SZALKIEWICZ & ASSOCIATES, P.C.**

*/s/ Daniel S. Szalkiewicz*
Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
            23 West 73rd Street, Suite 102
New York, New York 10023
Telephone: (212) 706-1007
Facsimile: (646) 849-0033
daniel@lawdss.com
*Attorneys for Plaintiff*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Terry D. Johnson*
Terry D. Johnson, Esq.
502 Carnegie Center
Princeton, New Jersey 08540-7814
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
terry.johnson@morganlewis.com
*Attorneys for Defendant Jingyun Wang A/K Vivian Wang LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, the foregoing Stipulation Adjourning the Pending Motion by Two Motion Cycles was electronically filed via the Court's ECF filing system and was served upon all parties accordingly.

Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
23 West 73rd Street, Suite 102
New York, New York 10023
Telephone: (212) 706-1007
Facsimile: (646) 849-0033
daniel@lawdss.com
*Attorneys for Plaintiff*

Dated: November 11, 2024                                    /s/ *Terry D. Johnson*
                                                           Terry D. Johnson