**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Terry D. Johnson (026612004)
terry.johnson@morganlewis.com
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant Jingyun Wang a/k/a Vivian Wang*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>                           Plaintiff,<br><br>v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>                           Defendants. | Civil Action No.: 2:24-cv-09972<br><br>*Document Electronically Filed* |

### JOINT STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO THE COMPLAINT

WHEREAS, on October 21, 2024, Plaintiff John Doe ("Plaintiff") filed his Complaint in the above-captioned action (Dkt. No. 1) against Defendants Jia Lun Shao a/k/a/ Andy Shao and Jingyun Wang a/k/a Vivian Wang ("Defendant Wang") ("Defendants") (collectively, the "Parties");

WHEREAS, on October 24, 2024, Plaintiff filed Proof of Service indicating that Defendants were allegedly served with the Complaint on October 23, 2024 (Dkt. Nos. 6 & 7);

WHEREAS, Defendants maintain that service upon them was not proper, and, therefore, Defendants dispute the validity of service by Plaintiff;

WHEREAS, Defendant Wang recently retained the undersigned Counsel to represent her;

WHEREAS, counsel for the Parties have conferred and agree to extend the time for Defendants to respond to the Complaint by sixty days;

WHEREAS, Defendants have not previously requested an extension of time to respond to the Complaint; and

WHEREAS, no party will be prejudiced by this extension of time;

THEREFORE, the Parties hereby stipulate to extend the deadline for Defendants to answer, move, or otherwise plead in response to Plaintiff's Complaint through and including January 13, 2025.

**STIPULATED AND AGREED ON THIS 13th DAY OF NOVEMBER 2024:**

| | |
|---|---|
| **DANIEL SZALKIEWICZ & ASSOCIATES, P.C.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| /s/ Daniel S. Szalkiewicz | /s/ Terry D. Johnson |
| Daniel S. Szalkiewicz, Esq. | Terry D. Johnson, Esq. |
| 23 West 73rd Street, Suite 102 | 502 Carnegie Center |
| New York, New York 10023 | Princeton, New Jersey 08540-7814 |
| Telephone: (212) 706-1007 | Telephone: (609) 919-6600 |
| Facsimile: (646) 849-0033 | Facsimile: (609) 919-6701 |
| daniel@lawdss.com | terry.johnson@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Jingyun Wang a/k/a Vivian Wang* |

[signature]

Jia Lun Shao a/k/a Andy Shao
1100 Avenue at Port Imperial
Unit 403
Weehawken, NJ  07086

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Joint Stipulation of Extension of Time for Defendants to Answer, Plead, or Otherwise Respond to the Complaint was electronically filed via the Court's ECF filing system and was served upon all parties accordingly.

Dated: November 13, 2024          */s/ Terry D. Johnson*
                                  Terry D. Johnson