UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>  Plaintiff,<br><br>  v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and<br>JINGYUN WANG a/k/a VIVIAN WANG,<br><br>  Defendant | Case No. 2:24-cv-09972 |

### NOTICE OF MOTION FOR AN ORDER ADMITTING
### CALI P. MADIA *PRO HAC VICE*

PLEASE TAKE NOTICE that upon the accompanying Application and Declaration of Daniel S. Szalkiewicz, and the Declaration of Cali P Madia, the undersigned will move before this Court for an Order pursuant to Local Civil Rule 101.1(c) admitting Cali P. Madia to appear *pro hac vice* in the above-captioned matter on behalf of Plaintiff John Doe.

Dated: November 14, 2024
New York, New York

Respectfully submitted,

/s/Daniel Szalkiewicz
By: Daniel S. Szalkiewicz, Esq. (DS2323)
Daniel Szalkiewicz & Associates, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Tel: (212) 706-1007
daniel@lawdss.com

*Attorneys for Plaintiff John Doe*