**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Terry D. Johnson (026612004)
terry.johnson@morganlewis.com
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant Jingyun Wang a/k/a Vivian Wang*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>    Defendants. | Civil Action No.: 2:24-cv-09972<br><br>*Document Electronically Filed* |

### JOINT STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS
### TO ANSWER, PLEAD, OR OTHERWISE RESPOND TO THE COMPLAINT

WHEREAS, on October 21, 2024, Plaintiff John Doe ("Plaintiff") filed his Complaint in the above-captioned action (Dkt. No. 1) against Defendants Jia Lun Shao a/k/a/ Andy Shao and Jingyun Wang a/k/a Vivian Wang ("Defendant Wang") ("Defendants") (collectively, the "Parties");

WHEREAS, on October 24, 2024, Plaintiff filed Proof of Service indicating that Defendants were allegedly served with the Complaint on October 23, 2024 (Dkt. Nos. 6 & 7);

WHEREAS, Defendants maintain that service upon them was not proper, and, therefore, Defendants dispute the validity of service by Plaintiff;

WHEREAS, Defendant Wang recently retained the undersigned Counsel to represent her;

WHEREAS, counsel for the Parties have conferred and agree to extend the time for Defendants to respond to the Complaint by sixty days;

WHEREAS, Defendants have not previously requested an extension of time to respond to the Complaint; and

WHEREAS, no party will be prejudiced by this extension of time;

THEREFORE, the Parties hereby stipulate to extend the deadline for Defendants to answer, move, or otherwise plead in response to Plaintiff's Complaint through and including January 13, 2025.

**STIPULATED AND AGREED ON THIS 13th DAY OF NOVEMBER 2024:**

| DANIEL SZALKIEWICZ & ASSOCIATES, P.C. | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Daniel S. Szalkiewicz* | */s/ Terry D. Johnson* |
| Daniel S. Szalkiewicz, Esq. | Terry D. Johnson, Esq. |
| 23 West 73rd Street, Suite 102 | 502 Carnegie Center |
| New York, New York 10023 | Princeton, New Jersey 08540-7814 |
| Telephone: (212) 706-1007 | Telephone: (609) 919-6600 |
| Facsimile: (646) 849-0033 | Facsimile: (609) 919-6701 |
| daniel@lawdss.com | terry.johnson@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Jingyun Wang a/k/a Vivian Wang* |

_[signature]_
Jia Lun Shao a/k/a Andy Shao
1100 Avenue at Port Imperial
Unit 403
Weehawken, NJ 07086

**SO ORDERED.**

**s/ Cathy L. Waldor**
**Hon. Cathy L. Waldor, U.S.M.J.**

**Date: November 15, 2024**