**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Terry D. Johnson (026612004)
terry.johnson@morganlewis.com
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant Jingyun Wang A/K/A Vivian Wang*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff,<br><br>v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>      Defendants. | Civil Action No.: 2:24-cv-09972<br><br>**STIPULATION ADJOURNING PENDING MOTION RETURN DATE BY TWO MOTION CYCLES**<br><br>Motion Day: November 18, 2024<br><br>*Document Electronically Filed* |

**IT IS HEREBY STIPULATED AND AGREED** by and between the below named attorneys as follows:

  1.  Plaintiff John Doe filed a Motion for a Protective Order on October 21, 2024. *See* Dkt. 2.

  2.  The motion return date is currently set for November 18, 2024. *See* Dkt. 4.

  3.  The Parties now respectfully request an adjournment of two motion cycles of the pending motion from November 18, 2024 to December 16, 2024.

**This request is made jointly, with Plaintiff's consent**.

| | |
|---|---|
| **DANIEL SZALKIEWICZ & ASSOCIATES, P.C.** | **MORGAN, LEWIS & BOCKIUS LLP** |
| */s/ Daniel S. Szalkiewicz* | */s/ Terry D. Johnson* |
| Daniel S. Szalkiewicz, Esq. | Terry D. Johnson, Esq. |
| Cali P. Madia, Esq. | 502 Carnegie Center |
| 23 West 73rd Street, Suite 102 | Princeton, New Jersey 08540-7814 |
| New York, New York 10023 | Telephone: (609) 919-6600 |
| Telephone: (212) 706-1007 | Facsimile: (609) 919-6701 |
| Facsimile: (646) 849-0033 | terry.johnson@morganlewis.com |
| daniel@lawdss.com | *Attorneys for Defendant Jingyun Wang A/K Vivian Wang LLC* |
| *Attorneys for Plaintiff* | |

**SO ORDERED.**

**s/ Cathy L. Waldor**
**Hon. Cathy L. Waldor, U.S.M.J.**

**Date:  November 15, 2024**