# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>                    Plaintiff,<br><br>v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>                    Defendants. | Civil Action No.: 2:24-cv-09972<br><br>***ELECTRONICALLY FILED***<br><br>Motion Day: December 16, 2024 |

## [PROPOSED] ORDER

**THIS MATTER** comes before the Court on Plaintiff John Doe's Motion to Proceed Under Pseudonym.

**IT IS** on this _____ day of _____, 2024, hereby **ORDERED** that Plaintiff's Motion to Proceed Under Pseudonym is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff amend his Complaint to remove all references to "John Doe" and identify his full legal name within __ days.

_____
The Honorable Cathy L. Waldor, U.S.M.J.