## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing Opposition to Plaintiff's Motion to Proceed Under Pseudonym were filed via the ECF system and will be subsequently served via U.S. mail on the following:

Daniel S. Szalkiewicz, Esq.
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023

*Attorneys for Plaintiff*

Jia Lun Shao a/k/a Andy Shao
1100 Avenue at Port Imperial, Unit 402
Weehawken, NJ 07086

*Defendant*

Dated:  December 2, 2024                    */s/ Terry D. Johnson*
                                                         Terry D. Johnson