Daniel S. Szalkiewicz, Esq. (DS2323)
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 WEST 73RD STREET
SUITE 102
NEW YORK, NEW YORK 10023
*Attorneys for the Plaintiff John Doe*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>   Plaintiff,<br><br>  v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG<br><br>   Defendants. | Civil Action No.: 2:24-cv-09972<br><br>**STIPULATION ADJOURNING PENDING MOTION RETURN DATE BY ONE MOTION CYCLE**<br><br>Motion Day: December 16, 2024<br><br>*Document Electronically Filed* |

**IT IS HEREBY STIPULATED AND AGREED** by and between the below named attorneys as follows:

1. Plaintiff John Doe filed a Motion for a Protective Order on October 21, 2024. *See* Dkt. 2.

2. The motion return date is currently set for December 16, 2024. *See* Dkt. 16.

3. The Parties now respectfully request an adjournment of one motion cycle of the pending motion from December 16, 2024 to January 6, 2025.

4. The Parties further stipulate to extend the time for Defendants to answer, move, or otherwise plead in response to Plaintiff's Complaint through and including February 13, 2025.

1

**This request is made jointly, with Defendant Jingyun Wang a/k/a Vivian Wang's consent.**

| | |
|---|---|
| **DANIEL SZALKIEWICZ & ASSOCIATES, P.C.** | **MORGAN, LEWIS & BOCKIUS LLP** |

_____
Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
23 West 73rd Street, Suite 102
New York, New York 10023
Telephone: (212) 706-1007
Facsimile: (646) 849-0033
daniel@lawdss.com
Attorneys for Plaintiff

_____
Terry D. Johnson, Esq.
502 Carnegie Center
Princeton, New Jersey 08540-7814
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
terry.johnson@morganlewis.com
Attorneys for Defendant Jingyun Wang
A/K/A Vivian Wang

_____
Jia Lun Shao a/k/a Andy Shao
1100 Avenue at Port Imperial
Unit 403
Weehawken, NJ 07086