# Daniel Szalkiewicz & Associates

23 West 73rd Street  
Suite 102  
New York, NY 10023

T: (212) 706-1007  
F: (646) 849-0033  
lawdss.com

December 30, 2024

**Via CEF**
United States Magistrate Judge Cathy L. Waldor
Martin Luther King Jr., Courthouse
Room 4040, Courtroom 4C
Newark, NJ 07101

*Re:*   *Doe v. Shao et ano.*
       *United States District Court, District of New Jersey*
       *Case No.: 2:24-cv-09972-BRM-CLW*

Dear Magistrate Waldor,

I represent plaintiff, John Doe, in the above-captioned matter. I write pursuant to Local Rule 7.2(b) to request permission to enlarge the number of pages in our reply brief to 30 pages (size 14, double-spaced, inclusive of cover, table of contents and table of authorities). The motion concerns the ability for our client to proceed using the pseudonym, John Doe. The reply requires analysis of both the reasonable harm test and the *Megless* factors, a nine-part test.

Given the importance of the matter to our client and the need to address certain arguments raised by the defendant in opposition, we respectfully request the opportunity to more fully brief the matter.

We appreciate the Court's consideration of this request.

Respectfully submitted,

*Daniel S. Szalkiewicz, Esq.*

By: Daniel S. Szalkiewicz, Esq.