**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Terry D. Johnson (026612004)
terry.johnson@morganlewis.com
Carlyle W. Edwards-Balfour
carlyle.edwards-balfour@morganlewis.com
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant Jingyun Wang a/k/a Vivian Wang*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE,<br><br>Plaintiff,<br><br>v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>Defendants. | Civil Action No.: 2:24-cv-09972<br><br>**NOTICE OF APPEARANCE OF CARLYLE W. EDWARDS-BALFOUR**<br><br>*Document Electronically Filed* |

Kindly enter the appearance of Carlyle W. Edwards-Balfour, of Morgan, Lewis & Bockius LLP, as counsel for Defendant Jingyun Wang a/k/a Vivian Wang in the above-captioned matter.

Dated: January 2, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Carlyle W. Edwards-Balfour*
Carlyle W. Edwards-Balfour
carlyle.edwards-balfour@morganlewis.com
Phone: (609) 919-6621
Fax: (609) 919-6701
*Attorneys for Jingyun Wang a/k/a Vivian Wang*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Notice of Appearance of Carlyle W. Edwards-Balfour, was electronically filed via the Court's ECF filing system and was served upon all parties accordingly, including:

Daniel S. Szalkiewicz, Esq.
Cali P. Madia, Esq.
DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
23 West 73rd Street, Suite 102
New York, New York 10023
Telephone: (212) 706-1007
Facsimile: (646) 849-0033
daniel@lawdss.com
cali@lawdss.com
*Attorneys for Plaintiff*

Dated: January 2, 2025

/s/ *Carlyle W. Edwards-Balfour*
Carlyle W. Edwards-Balfour