## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing Sur-Reply in Further Opposition to Plaintiff's Motion for Protective Order was filed via the ECF system and will be subsequently served via U.S. mail on the following:

>Daniel S. Szalkiewicz, Esq.
>DANIEL SZALKIEWICZ & ASSOCIATES, P.C.
>23 West 73rd Street, Suite 102
>New York, New York 10023
>
>*Attorneys for Plaintiff*
>
>Jia Lun Shao a/k/a Andy Shao
>1100 Avenue at Port Imperial, Unit 402
>Weehawken, NJ 07086
>
>*Defendant*

Dated: January 17, 2025                              <u>*/s/ Terry D. Johnson*</u>
                                                                           Terry D. Johnson