**The Law Offices of**
**ROBERT D. KOVIC, L.L.C.**
**1 Bridge Plaza, Suite 275**
**Fort Lee, NJ  07024**
**Tel:  (800) 899-9197**
**Fax:  (800) 433-2161**
Attorney ID: 023962002
Attorneys for: Defendant JIA LUN SHAO a/k/a ANDY SHAO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

```
_____    :
                               :
JOHN DOE,                      :
                               :
        Plaintiff,             :         ANSWER
                               :
        vs.                    :
                               :   Case Action No: 2:24-cv-09972
JIA LUN SHAO a/k/a ANDY SHAO   :
        and                    :
JINGYUN WANG a/k/a VIVIAN WANG,:
                               :
        Defendants.            :
_____    :
```

Dear Sir or Madame:

   Please enter our appearance as counsel for Defendant Jia Lun Shao a/k/a Andy Shao in the above matter.

                                       **The Law Offices of**
                                       **ROBERT D. KOVIC, L.L.C.**

                                  By: *Robert D. Kovic*
                                       Robert D. Kovic, Esq.