# Morgan Lewis

**Terry D. Johnson**
Partner
+1.609.919.6689
terry.johnson@morganlewis.com

October 31, 2025

## VIA ECF

Honorable Cari Fais, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut St.
Room 4015, Courtroom PO 9
Newark, NJ 07101

Re:   *Kueh v. Shao and Wang*
      Civil Action No. 2:24-cv-09972-BRM-CLW

Dear Judge Fais:

We represent Defendant Vivian Wang ("Defendant Wang") in the above-referenced matter. We respectfully write in response to the Court's October 17, 2025 Order (ECF No. 52), requesting that the parties submit a joint proposed amended scheduling order by October 31, 2025. To that end, counsel of all parties have conferred and submit this joint proposed amended scheduling order attached to this letter.

We appreciate the Court's attention to this matter.

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Terry D. Johnson*
Terry D. Johnson, Esq.
Carlyle W. Edwards-Balfour, Esq.
502 Carnegie Center
Princeton, New Jersey 08540
terry.johnson@morganlewis.com
carlyle.edwards-balfour@morganlewis.com
Phone: (609) 919-6621

*Attorneys for Defendant Vivian Wang*

Encl.
cc: All counsel of record via ECF