# Morgan Lewis

**Terry D. Johnson**
Partner
+1.609.919.6689
terry.johnson@morganlewis.com

November 26, 2025

### VIA ECF

Honorable Cari Fais, U.S.M.J.
Martin Luther King Jr. Courthouse
50 Walnut St.
Room 4015, Courtroom PO 9
Newark, NJ 07101

Re: *Kueh v. Shao and Wang*
Civil Action No. 2:24-cv-09972-BRM-CLW

Dear Judge Fais:

We represent Defendant Vivian Wang ("Defendant Wang") in the above-referenced matter. We respectfully write in response to the Court's October 17, 2025 Order, requesting that the parties submit a joint letter regarding the status of fact discovery (ECF No. 52). To that end, counsel of all parties have conferred and submit this joint letter in accordance with the Order.

After the Court's status conference on October 17, 2025, the parties were Ordered to confer about discovery deficiencies on or by October 31, 2025 (ECF No. 52). On October 27, 2025, Defendant Wang sent Plaintiff a discovery deficiency letter outlining deficiencies in Plaintiff's discovery responses and production. On October 30, 2025, Plaintiff sent a discovery deficiency letter outlining deficiencies in Defendants' respective discovery responses and productions. On the same day, counsel for all parties conferred about the discovery deficiencies.

On November 13, 2025, Defendant Wang provided written objections and responses to Plaintiff's October 30, 2025 deficiency letter. Thereafter, on November 18, 2025, Defendant Wang, supplemented her interrogatory responses to Plaintiff. The same day, Defendant Wang requested that Plaintiff provide written responses to Defendant Wang's deficiency letter. On November 21, 2025, Plaintiff indicated he would provide supplement discovery responses before the holiday. On November 26, 2025, Defendant Shao indicated he would provide a response to Plaintiff's October 30, 2025 deficiency letter.

The current discovery end date is January 31, 2026, and since the parties still have some open items regarding discovery, they intend to confer further about the same.

We appreciate Your Honor's attention to this matter and look forward to meeting Your Honor and discussing the above at the next scheduled status conference on January 15, 2026.

Morgan, Lewis & Bockius LLP

502 Carnegie Center
Princeton, NJ  08540-6241          +1.609.919.6600
United States                      +1.609.919.6701

A Pennsylvania Limited Liability Partnership | Michelle Silverman, Partner-in-Charge

Honorable Cari Fais, U.S.M.J.
November 26, 2025
Page **2** of **2**

Respectfully submitted,

| **MORGAN, LEWIS & BOCKIUS LLP** | **VERIDIAN LEGAL P.C.** |
|---|---|
| */s/ Terry D. Johnson* | */s/* Daniel S. Szalkiewicz |
| Terry D. Johnson, Esq. | Daniel S. Szalkiewicz, Esq. |
| Carlyle W. Edwards-Balfour, Esq. | Cali Madia, Esq. |
| 502 Carnegie Center | 23 West 73rd Street, Suite 102 |
| Princeton, New Jersey 08540 | New York, New York 10023 |
| terry.johnson@morganlewis.com | daniel@veridianlegal.com |
| carlyle.edwards-balfour@morganlewis.com | cali@veridianlegal.com |
| Phone: (609) 919-6621 | Phone: (212) 706-1007 |
| *Attorneys for Defendant Vivian Wang* | *Attorneys for Plaintiff* |

**THE LAW OFFICES OF ROBERT D. KOVIC**

*/s/* Robert D. Kovic
Robert D. Kovic, Esq.
1 Bridge Plaza, Suite 275
Fort Lee, NJ 07024
rdkovic@koviclaw.com
Phone: (800) 899-9197

*Attorneys for Defendant Andy Shao*

cc: All counsel of record via ECF