

**ATTORNEYS AT LAW**
www.margolisedelstein.com

**NORTH NEW JERSEY OFFICE:**
**Connell Corporate Center**
**400 Connell Drive**
**Suite 5400**
**Berkeley Heights, NJ 07922**
**908-790-1401**
**Fax: 908-790-1486**
─────────

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100

PITTSBURGH OFFICE:
The Oliver Building
535 Smithfield Street, Suite 1100
Pittsburgh, PA 15222
412-281-4256

SCRANTON OFFICE:*
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

HARRISBURG OFFICE:*
214 Senate Avenue, Suite 402
Camp Hill, PA 17011
717-975-8114

WESTERN PA OFFICE:
983 Third Street
Beaver, PA 15009
724-774-6000

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:*
100 Century Parkway, Suite 200
P.O. Box 5084
Mt. Laurel, NJ 08054
856-727-6000

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

*Member of the Harmonie Group*

Patrick F. Lynott, Esq.
Direct Dial:908-790-7764
plynott@margolisedelstein.com

File No. PFL/EJM /31400.5-00002

February 2, 2026

<u>*Via ECF Only*</u>
Honorable Judge Cari Fais, U.S.M.J
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: <u>John Doe  v. Jia Lun Shao a/k/a Andy Shao; et al.</u>
    Docket No.: 2:24-cv-09972

Dear Judge Fais,

    Please be advised that this office represents Defendant, Jia Lun Shao a/k/a Andy Shao., in the above-captioned matter. There is currently a status conference scheduled before your honor for February 3, 2026.

    We respectfully request an adjournment of the upcoming status conference as our office has just been assigned to this matter. We only received the litigation file on Friday, January 30, 2026, and have not had time to review.  In addition, please note that I have a deposition in another case scheduled for tomorrow,

    I have received all plaintiffs' counsel's consent for an adjournment. I have also reached out to co-defendants counsel, but have not received response at the time of filing.

    Thank you in advance for your kind attention and consideration to this matter and request.

Respectfully submitted,

**MARGOLIS EDELSTEIN**

BY:  */s/ Patrick F. Lynott*
      PATRICK F. LYNOTT

PFL/md
cc:     All Counsel of Record (Via ECF Only)