# **EXHIBIT 1**

