# Morgan Lewis

**Terry D. Johnson**
Partner
+1.609.919.6689
terry.johnson@morganlewis.com

April 20, 2026

**VIA ECF**

Hon. Cari Fais, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:   Kueh v. Shao/Wang**
**Civil Action No. 2:24-cv-09972-BRM-CF**

Dear Judge Fais:

This Firm represents Defendant Jingyun Wang in the above-referenced matter.  We write respectfully to request that the Court direct the Clerk's Office to update the docket to reflect the Court's Opinion and Order dated March 28, 2025 (ECF No. 37), which denied Plaintiff's motion to proceed via pseudonym and ordered Plaintiff to file an Amended Complaint using his real name in place of the "John Doe" pseudonym.

Plaintiff filed his Amended Complaint on April 8, 2025 (ECF No. 40), which includes his real name in the case caption in compliance with the Court's Order.  All filings submitted by the parties since the Court's Order have likewise used Plaintiff's real name.  Despite this, the Court's docket continues to identify Plaintiff as "John Doe." We respectfully request that the Court instruct the Clerk to update the case caption and docket accordingly.

We thank the Court for its attention to this matter.

**Morgan, Lewis & Bockius** LLP

502 Carnegie Center
Princeton, NJ  08540-6241         **T** +1.609.919.6600
United States                     **F** +1.877.432.9652

A Pennsylvania Limited Liability Partnership | Michelle Silverman, Partner-in-Charge

Hon. Cari Fais, U.S.M.J.
April 20, 2026
Page 2

Respectfully submitted,

/s/ Terry D. Johnson

Terry D. Johnson

TDJ
cc:      All counsel of record via ECF