**MORGAN, LEWIS & BOCKIUS LLP**
*(Pennsylvania Limited Liability Partnership)*
Terry D. Johnson
Carlyle W. Edwards-Balfour
Gianni K. Garyfallos
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
*Attorneys for Defendant Jingyun Wang*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSSELL KUEH, | : |
| | : |
| Plaintiff, | : |
| | : Case No.: 2:24-cv-09972-BRM-CF |
| v. | : |
| | : |
| | : |
| JIA LUN SHAO and JINGYUN WANG, | : |
| | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Notice is hereby given that Gianni K. Garyfallos will be substituted as attorney of record in place of Carlyle W. Edwards-Balfour on behalf of Defendant Vivian Wang.

Contact information for substitute of counsel is as follows:

1

Gianni K. Garyfallos
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ 08540
(609) 919-6600 (Telephone)
(609) 919-6701 (Facsimile)
gianni.garyfallos@morganlewis.com


Dated: April 20, 2026          Respectfully submitted,

                              MORGAN, LEWIS & BOCKIUS LLP

                              */s/ Carlyle Edwards-Balfour*
                              Terry D. Johnson
                              Carlyle W. Edwards-Balfour
                              Gianni K. Garyfallos
                              502 Carnegie Center
                              Princeton, NJ 08540
                              Phone: (609) 919-6600
                              Fax: (609) 919-6701
                              terry.johnson@morganlewis.com
                              carlyle.edwards-balfour@morganlewis.com
                              gianni.garyfallos@morganlewis.com

                              *Attorneys for Defendant Jingyun Wang*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on April 20, 2026, a true and correct copy of the within Notice of Substitution of Attorney was filed with the Clerk of Court via the Court's CM/ECF system, which will send a notice of the electronic filing upon all counsel of record in this action.

*/s/ Terry D. Johnson*
Terry D. Johnson