**MARGOLIS EDELSTEIN**
400 Connell Drive, Suite 5400
Berkeley Heights, NJ  07922-2775
(908) 790-7770
Attorneys for Defendant, Jia Lun Shao a/k/a Andy Shao
EJM/PFL/SAL/31400.5-00002
Attorney ID No.: 022891986/166282016/577692026

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE, <br><br>        Plaintiffs, <br><br>    v. <br><br> JIA LUN SHAO a/k/a ANDY SHAO and <br> JINGYUN WANG a/k/a VIVIAN WANG, <br><br>        Defendants. | Case No.: 2:24-cv-09972 <br><br><br> Civil Action |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of

the Defendant, JIA LUN SHAO a/k/a ANDY SHAO, and requests to receive all filings and

notifications in the above-captioned matter.  Thank you.

**MARGOLIS EDELSTEIN**

  /s/ Samantha ligori

Samantha Ligori, ESQ.
Attorney ID: 57769202026
Margolis Edelstein
400 Connell Drive, Suite 5400
Berkeley Heights, NJ  07922-2775
(908) 790-1401
sligori@margolisedelstein.com
*Attorneys for Defendant, JIA LUN SHAO*
*a/k/a ANDY SHAO*