## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSSELL KUEH,<br><br>           Plaintiff,<br><br>       v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>          Defendants. | Civil Action No.: 2:24-cv-09972-BRM-CF<br><br><br>**JOINT AMENDED PRETRIAL SCHEDULING ORDER** |

THIS MATTER having come before the Court for a status conference on June 5, 2026, and the parties having reviewed the Court's Civil Case Management Order as well as the Local Civil Rules, and for good cause shown,

IT IS on this **15th** day of **June,** 2026,

**ORDERED THAT** the next event in this matter will be **(SEE ECF)**; and

**FURTHER ORDERED** that this matter will proceed as follows:

1.  **Fact Discovery Deadline**. Fact discovery is to remain open through September 30, 2026. All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2.  **Depositions**. The number of depositions to be taken by each side shall not exceed 5.

3.  **Electronic Discovery**. The parties are directed to Rule 26(f), as amended, which, *inter alia*, addresses preservation of discoverable information, discovery of electronically stored information, and claims of privilege or work product protection. The parties are also directed to Local Civil Rule 26.1(d) which describes the obligations of counsel with regard to their clients' information management systems.

4.  **Discovery Disputes**.  Please refer to the Court's Civil Case Management Order.

5.  **Motion Practice**.  Please refer to the Court's Civil Case Management Order.

6.  **Expert Reports**.  All affirmative expert reports shall be delivered by October 30, 2026. All responsive expert reports shall be delivered by November 30, 2026. Depositions of all experts to be completed by January 15, 2027.

7.  **Form and Content of Expert Reports**.  All expert reports must comport with the form and content requirements set forth in Rule 26(a)(2)(B).  No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in the expert's report.

8.  **Extensions and Adjournments**.  Please refer to the Court's Civil Case Management Order.

9.  **Local Rules.** The parties are directed to the Local Civil Rules for any other matter not addressed by this Order or the Court's Civil Case Management Order.

10. **FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY OTHER ORDERS WILL RESULT IN SANCTIONS**.

*/s/ Cari Fais*

HON. CARI FAIS, U.S.M.J.