**MARGOLIS EDELSTEIN**

ATTORNEYS AT LAW
www.margolisedelstein.com

**NORTH NEW JERSEY OFFICE:**
**15 Independence Boulevard**
**Suite 210**
**Warren, NJ 07059**
**908-790-1401**
**Fax: 908-790-1486**

_____

PHILADELPHIA OFFICE:*
The Curtis Center
170 S. Independence Mall W.
Suite 400E
Philadelphia, PA 19106-3337
215-922-1100

PITTSBURGH OFFICE:
535 Smithfield Street
Suite 1100
Pittsburgh, PA 15222
412-281-4256

SCRANTON OFFICE:*
220 Penn Avenue
Suite 305
Scranton, PA 18503
570-342-4231

HARRISBURG OFFICE:*
214 Senate Avenue, Suite 402
Camp Hill, PA 17011
717-975-8114

WESTERN PA OFFICE:
971 Third Street, Suite 1
Beaver, PA 15009
724-774-6000

CENTRAL PA OFFICE:
P.O. Box 628
Hollidaysburg, PA 16648
814-695-5064

SOUTH NEW JERSEY OFFICE:*
100 Century Parkway, Suite 200
P.O. Box 5084
Mt. Laurel, NJ 08054
856-727-6000

DELAWARE OFFICE:
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-888-1112

*Member of the Harmonie Group*

Patrick F. Lynott, Esq.
Direct Dial: (908)790-7774
plynott@margolisedelstein.com

File No. 31400.5-00002

August 12, 2026

Via ECF
Hon. Cari Fais, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE:    *Kueh v. Shao, et. ano.*
       *District Court, New Jersey Case No. 24-9972*

Dear Judge Fais:

This office represents Defendant Jia Lun Shao in the above captioned matter (hereinafter "Defendant"). Defendant respectfully submits this letter to request an adjournment of the scheduled Settlement Conference for August 13, 2026. Counsel for Co-Defendant Wang consents to this Request.

The Defendants in this matter submit that proceeding with a settlement conference at this time would be premature. Plaintiff has not yet produced the outstanding discovery necessary for the parties to engage in a meaningful and productive settlement discussion. Furthermore, the presently scheduled conference would not be beneficial to any party and would not result in a settlement.

We have requested Plaintiff's consent, but have not received a response at the time of filing.

Respectfully submitted,

SAMANTHA A. LIGORI