Morgan Lewis

**Terry D. Johnson**
Partner
+1.609.919.6689
terry.johnson@morganlewis.com

September 14, 2026

**VIA ECF**

Hon. Cari Fais, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Kueh v. Shao/Wang - Civil Action No. 2:24-cv-09972-BRM-CF**

Dear Judge Fais:

This Firm represents Defendant Vivian Wang in the above-referenced matter. We write to respectfully bring to the Court's attention Plaintiff's failure to respond to Defendant Wang's notice of deposition or provide any availability for his deposition, despite multiple attempts by our office to coordinate scheduling.

Consistent with the Court's instructions following the August 13, 2026 settlement conference, the parties are moving forward with scheduling depositions. During that conference, Plaintiff's counsel raised Plaintiff's visa issues and represented that Plaintiff would be available for his deposition in early October 2026. Our office initially reached out to Plaintiff's counsel on August 4, 2026 to obtain Plaintiff's availability for his deposition. On August 5, 2026, Plaintiff's counsel responded, stating he would speak with his client and "get back to [us] with some dates." He never did. Respecting Plaintiff's counsel's representation regarding early October availability, Defendant Wang issued a notice of deposition for October 14, 2026, which was served on Plaintiff's counsel on August 14, 2026. In our correspondence accompanying the notice, we expressly noted our willingness to revise the date to accommodate everyone's availability.

To date, Plaintiff's counsel has not responded to our attempts to confirm his client's availability for his deposition. We followed up on September 2, 2026 and again on September 8, 2026. All of our outreach has been ignored.

We bring this matter to the Court's attention now given the impending discovery end date of September 30, 2026. Defendant Wang has made every reasonable effort to schedule Plaintiff's deposition in a manner that accommodates Plaintiff's stated availability, and Plaintiff's continued silence threatens to prejudice Defendant's ability to timely complete discovery

We respectfully request the Court's assistance in resolving this issue. Plaintiff's counsel should be required to inform the Court whether Plaintiff has secured the required visa necessary to travel from

China to the Unites States for his in-person deposition in this matter, and, if so, to provide Defendants with the dates that Plaintiff is available in October 2026 for his deposition.

Please let us know if the Court requires any information. Thank you for your time and consideration concerning this matter.

Respectfully submitted,

*/s/ Terry D. Johnson*
Terry D. Johnson