VERIDIAN
LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

September 18, 2026

**Via Email**
United States Magistrate Judge Cari Fais
Frank R. Lautenberg U.S. Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07102

***Re: Kueh v. Shao et ano.***
***District Court, New Jersey Case No 24-9972***

Dear Judge Fais,

I represent Plaintiff in the above-referenced matter and write in response to the Court's September 15, 2026 Text Order directing Plaintiff to advise whether he is prepared to appear for his deposition as noticed for October 14, 2026 and, if not, to demonstrate good cause for an extension of the fact discovery deadline.

At the outset, I apologize to the Court and Counsel for not responding sooner.

As the Court is already aware, Plaintiff resides outside the United States and there have been ongoing issues concerning his ability to travel to the United States for purposes of this litigation. Plaintiff has been attempting to secure the necessary visa so that he can travel to New Jersey and appear for his deposition in person.

On August 20, 2026, Plaintiff requested a visa interview. The earliest available appointment he was able to obtain is October 8, 2026 at 9:00 a.m. at the United States Consulate in Hong Kong. I have reviewed the appointment confirmation reflecting that date and can provide it to defense counsel upon request.

Because the visa interview will not occur until October 8, Plaintiff cannot presently confirm that he will be able to enter the United States and appear for the deposition noticed for October 14, only six days later. The timing of the visa interview, the decision on the application, and any subsequent visa processing are outside Plaintiff's control.

Plaintiff fully intends to sit for his deposition. He hopes that the visa will be approved following the October 8 interview and that he will be able to travel to New Jersey toward the end of October. Assuming the visa is issued, Plaintiff will make himself available for deposition promptly after his arrival.

Accordingly, Plaintiff respectfully requests that the fact discovery deadline be extended. Following the October 8 visa interview, Plaintiff will promptly advise counsel of the status of the application so that the parties can coordinate the earliest practicable deposition date.

Plaintiff is not attempting to avoid his discovery obligations or disregard the deposition notice. The present difficulty results from his inability to enter the United States until the visa process is completed. Plaintiff respectfully submits that these circumstances constitute good cause for a limited extension so that his deposition may proceed once his ability to travel has been resolved.

We apologize again for the delay in responding to the Court's Order.

Very Truly Yours,

VERIDIAN LEGAL P.C.

*/s/Daniel Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.
***daniel@veridianlegal.com***