UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSSELL KUEH,<br><br>Plaintiffs,<br><br>v.<br><br>JIA LUN SHAO a/k/a ANDY SHAO and JINGYUN WANG a/k/a VIVIAN WANG,<br><br>Defendants. | Case No.: 2:24-cv-09972-BRM-CF<br><br>Civil Action<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of the Defendant, Jia Lun Shao, and requests to receive all filings and notifications in the above-captioned matter. Thank you.

MARGOLIS EDELSTEIN

Dated: September 22, 2026

*/s/ Robert W. Ratish*
ROBERT W. RATISH, ESQ.
Attorney ID: 011402008
Margolis Edelstein
15 Independence Boulevard
Suite 210
Warren, NJ 07059
(908) 900-1140
rratish@margolisedelstein.com
Attorneys for Defendants, JIA LUN