VERIDIAN LEGAL

23 West 73rd Street
Suite 102
New York, NY 10023

T: (212) 706-1007
F: (646) 849-0033
www.veridianlegal.com

October 13, 2026

**Via Email**
United States Magistrate Judge Cari Fais
Frank R. Lautenberg U.S. Post Office and Courthouse
2 Federal Square
Newark, New Jersey 07102

***Re: Kueh v. Shao et ano.***
***District Court, New Jersey Case No 24-9972***

Dear Judge Fais,

I represent Plaintiff in the above-referenced matter and write in response to the Court's September 21, 2026 Text Order directing Plaintiff to update the Court concerning the status of his visa application.

I am pleased to advise the Court that Plaintiff's visa has now been approved late last week. As set forth in Plaintiff's prior letter, Plaintiff resides outside the United States and had been awaiting completion of the visa process so that he could travel to New Jersey and appear for his deposition in person.

Plaintiff remains prepared to comply fully with his discovery obligations. In light of the visa approval and the time necessary to arrange international travel, Plaintiff has requested that his deposition be scheduled during the second week of November 2026.

Plaintiff respectfully requests that the parties be permitted to coordinate a mutually convenient deposition date during that week. We will confer with defense counsel promptly regarding a specific date and will advise the Court if any issue arises that requires the Court's attention.

We thank the Court for its consideration and for allowing Plaintiff the additional time necessary to resolve the travel issue.

Very Truly Yours,

VERIDIAN LEGAL P.C.

*/s/Daniel Szalkiewicz*
By: Daniel S. Szalkiewicz, Esq.
***daniel@veridianlegal.com***