Morgan Lewis

**Terry D. Johnson**
Partner
+1.609.919.6689
terry.johnson@morganlewis.com

October 19, 2026

**VIA ECF**

Hon. Cari Fais, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: Kueh v. Shao/Wang - Civil Action No. 2:24-cv-09972-BRM-CF**

Dear Judge Fais:

This Firm represents Defendant Vivian Wang in the above-referenced matter. We write, with the consent of all parties, to respectfully request a brief extension of the deadline to complete Plaintiff's deposition.

By Text Order entered October 15, 2026, the Court directed that Plaintiff's deposition be completed no later than November 13, 2026. (ECF No. 86.) Following entry of that Order, counsel for all parties conferred regarding scheduling. Unfortunately, the parties and counsel are unavailable to proceed with Plaintiff's deposition on or before November 13, 2026. However, the parties have mutually agreed that Plaintiff's deposition will go forward on November 17, 2026, a date on which all parties and counsel are available.

Accordingly, the parties respectfully request that the Court extend the deadline for the completion of Plaintiff's deposition from November 13, 2026 to November 17, 2026. This modest, two-business-day extension is not sought for purposes of delay, and the parties do not seek to modify any other discovery deadline in this matter.

If this request meets with Your Honor's approval, we respectfully ask that the Court so order this letter. We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Terry D. Johnson*
Terry D. Johnson